## Commonwealth *v.* Friedman (Rosenblum, Appellant).

Argued April 15, 1936.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

592

594

*E. P. Curran,* with him *I. Elmer Ecker,* for appellant.

*S. L. Fuss,* with him *Duff, Scott & Smith,* for appellee.

PER CURIAM, April 20, 1936:

The judgment is affirmed on the opinion of Judge SOFFEL of the County Court.